**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ALLEN BOYD, *et al*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LAGUROS MIGEL VARGAS,<br><br>　　　　　　　　　　Defendant. | Case No. 2:13-cv-00234 -APG-VCF<br><br>**Order Approving Report & Recommendation** |

On April 10, 2013, Magistrate Judge Cam Ferenbach entered his Order and Report and Recommendation [Dkt #5].  Judge Ferenbach granted Plaintiffs' Motion/Application to Proceed *in Forma Pauperis* and recommended that the Clerk of Court be ordered to file the Plaintiffs' Complaint [Dkt #1].  Judge Ferenbach further recommended that the Complaint be dismissed with prejudice for the reasons set forth in his Report and Recommendation.

Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's findings and recommendations must be filed within 14 days from the date of service.  No objection has been filed with regard to the Magistrate Judge's April 10, 2013 Report and Recommendation.  Moreover, as explained in that Report and Recommendation, good cause exists to dismiss the Complaint with prejudice.  Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall file Plaintiffs' Complaint.

**IT IS FURTHER ORDERED** that the Complaint is hereby dismissed with prejudice.

1 | The Clerk of the Court shall enter judgment accordingly.
2 | Dated: May 13, 2013

*[signature]*
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE